MABEL W. SMITH, Respondent, v. VILLAGE OF LARCH-
MONT, Appellant.

Smith v. Village of Larchmont, 172 App. Div. 885, affirmed.
(Argued October 16, 1918; decided November 1, 1918.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the second judicial department,
entered December 17, 1915, affirming a judgment in favor
of plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained by
plaintiff through the negligence of defendant in failing
to keep one of its highways in proper repair. The action
was originally brought against the present defendant and
the Westchester Street Railroad Company and it appeared
that plaintiff had accepted a sum of money from the
railroad company in settlement. The defendant con-
tended that such settlement operated as a release and
established a complete defense for the village.

*Clarence De Witt Rogers* for appellant.

*John J. Hughes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND and MCLAUGHLIN, JJ.　Absent: ANDREWS, J.